IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMANDA PARKER,

    Plaintiff,

vs.                                                                                                                                                        No. CIV 20-1207 JB/JHR

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal, filed September 26, 2022 (Doc. 46)("Stipulation"). In the Stipulation, the parties request, pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, "that all remaining claims in this lawsuit be dismissed as the parties have reached an amicable settlement." Stipulation at 1. See Fed. R. Civ. P. 41(a)(1)(A)(ii). With no more parties, claims, or issues presently before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case. See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) the Plaintiff's Complaint and Demand for Jury Trial, filed November 18, 2020 (Doc. 1), is dismissed; (ii) all claims are dismissed; (iii) this case is dismissed; and (iv) Final Judgment is entered.

                                                                                                                                           _____

                                                                                                                                          UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Nicholas Thomas Hart
Harrison, Hart & Davis, LLC
Albuquerque, New Mexico

-- and --

Ramon A. Soto
The Soto Law Office, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Stephen Shanor
Ann C. Tripp
Chelsea Rae Green
Jeremy Drayton Angenend
Hinkle Shanor LLP
Roswell, New Mexico

    *Attorneys for the Defendant*